UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Hasan East,<br><br>PETITIONER<br><br>v.<br><br>Warden, Federal Correctional Institution Williamsburg,<br><br>RESPONDENT | Case No. 1:21-cv-00423-TLW<br><br>**Order** |

Petitioner Hasan East, proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. The matter now comes before the Court for review of the Report and Recommendation (Report) filed by the magistrate judge to whom this case was assigned. ECF No. 17. In the Report, the magistrate judge recommends that Petitioner's case be dismissed with prejudice under Rule 41(b) for failure to prosecute due to his failure to respond to Respondent's motion to dismiss, despite being informed of the potential consequences of doing so. Petitioner did not file objections to the Report. This matter is now ripe for decision.

The Court is charged with conducting a *de novo* review of any portion of the Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report, the Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983). In such a case, "a district court need not conduct a *de novo* review,

1

but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

The Court has carefully reviewed the Report. For the reasons stated by the magistrate judge, the Report, ECF No. 17, is **ACCEPTED**. This action is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

                                              *s/ Terry L. Wooten*
                                              Terry L. Wooten
                                              Senior United States District Judge

August 20, 2021
Columbia, South Carolina